IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**21st MORTGAGE CORPORATION**                              **CREDITOR/APPELLANT**

V.                              **CASE NO. 2:24-CV-2056**

**MICHAEL B. KNIGHT and MARTHA E. KNIGHT**          **DEBTORS/APPELLEES**

<u>**JUDGMENT**</u>

For the reasons set forth in the Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the appeal of the bankruptcy court's decision is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 18th day of February, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE